IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CR-30065-MJR |
| ) | |
| STACY JO KANALLAKAN, ) | |
| ) | |
| Defendant. ) | |

**<u>MEMORANDUM AND ORDER</u>**

REAGAN, District Judge:

      Charged with wire fraud in violation of 18 U.S.C. 1343, Stacy Jo Kanallakan (Defendant) waived indictment and pled guilty to an information before the undersigned District Judge on May 2, 2014. Sentencing was set for July 31, 2014.

      At the July 31st sentencing hearing, the Court addressed an issue relating to restitution, specifically a certificate of deposit (CD) in an account which the U.S. Probation Office indicated was in Defendant's name, valued at approximately $8,000, at Jerseyville Banking Center in Jerseyville, Illinois. The Pre-Sentence Investigation Report (PSR) suggested the CD could be used for restitution. Defendant lodged no objection to that conclusion. Nor did defense counsel object at sentencing when the undersigned ordered the CD to be applied to Defendant's restitution obligation. But after a brief conference with Defendant, defense counsel voiced a question as to whether the CD actually was titled in Defendant's name. The Probation Officer reiterated her belief that the CD was in Defendant's name.

The undersigned asked Probation to further research the issue, with a view toward liquidating the CD and applying the proceeds to the restitution owed. The Court then completed the sentencing hearing, believing the CD was titled in Defendant's name and was available for restitution. As instructed by the undersigned, the Probation Office immediately researched the issue. By email to the Court on August 1, 2014 (copied to all counsel of record), Probation Officer Meghan Sperling advised the undersigned of the results of that investigation/research.

Based on that information (which raises a serious concern regarding the sentence imposed herein and may warrant reopening the sentencing proceeding or amending the sentence that was imposed), the Court hereby **ADVISES** the parties that judgment will *not* be entered at this time. Instead, an in-court hearing is hereby **SET** for **11:00 am on August 12, 2014.** Defendant shall be present at the hearing. In the meantime, all terms and conditions of Defendant's previous bond remain in effect.

By copy of this Order, the Court **DIRECTS** the Probation Office to research the chain of title of the CD (Certificate #74478) from its inception to present, and to report the results at the August 12th hearing.

IT IS SO ORDERED.

DATED August 1, 2014.

> s/ Michael J. Reagan
> Michael J. Reagan
> United States District Judge